AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kristi Noel O'Brien,

                    Plaintiff,

  v.

Commissioner of Social Security,

                    Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:20-cv-01673-BNW

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Kristi Noel O'Brien be awarded attorney fees in the amount of THREE THOUSAND SIX HUNDRED dollars ($3,600.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

2/15/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk